UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| Secretary of Labor, | ) | CIVIL ACTION NO. |
| United States Department of Labor, | ) | |
| | ) | 6:18-cv-00008-JRH-GRS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PLANTATION SWEETS, INC. and | ) | |
| RONALD COLLINS, an individual, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| | ) | |

**Exhibit A**

**(THIS PAGE WAS INTENTIONALLY LEFT BLANK)**

| EMPLOYEE NAME | TOTAL GROSS BACK WAGES (BW) OWED | (MW BWs) | (OT BWs) | PERIOD OF TIME |
|---|---|---|---|---|
| Andrews, Travis L. | $3,633.73 | $685.82 | $2,946.91 | 7/14/2014 through 7/13/2016 |
| Becerra-Martinez, Fidel | $17,579.08 | $1,239.75 | $16,337.33 | 7/14/2014 through 7/13/2016 |
| Branson, Robert A. | $689.69 | $532.91 | $156.78 | 7/14/2014 through 7/13/2016 |
| Coronado Vega, Guadalupe | $16,064.90 | $5.27 | $16,055.63 | 7/14/2014 through 7/13/2016 |
| Coronado, Raymundo | $7,587.65 | $1,190.28 | $6,392.37 | 7/14/2014 through 7/13/2016 |
| Diaz Mendez, Rebeca | $9,540.63 | $1,991.87 | $7,542.76 | 7/14/2014 through 7/13/2016 |
| Edenfield, Charles E. | $4,001.40 | $541.99 | $3,452.41 | 7/14/2014 through 7/13/2016 |
| Flores, Alexandra | $357.06 | $163.13 | $193.94 | 7/14/2014 through 7/13/2016 |
| Gordon, Ashley N. | $147.72 | $137.75 | $9.97 | 7/14/2014 through 7/13/2016 |
| Gordon, Willie J. | $176.72 | $137.75 | $38.97 | 7/14/2014 through 7/13/2016 |
| Gutierrez, Tomaza H. | $238.34 | $163.13 | $75.22 | 7/14/2014 through 7/13/2016 |
| Hernandez, Lucia | $2,182.43 | $477.81 | $1,704.61 | 7/14/2014 through 7/13/2016 |
| Hodges, Tabitha A. | $216.59 | $163.13 | $53.47 | 7/14/2014 through 7/13/2016 |
| Huipe, Esther | $1,760.66 | $569.00 | $1,177.66 | 7/14/2014 through 7/13/2016 |
| Ibarra, San Juana | $2,679.69 | $1,227.38 | $1,437.31 | 7/14/2014 through 7/13/2016 |
| Lopez Cruz, Ema | $11,090.67 | $1,258.63 | $9,816.03 | 7/14/2014 through 7/13/2016 |
| Martinez Perez, Lusvin | $7,881.41 | $1,631.75 | $6,232.66 | 7/14/2014 through 7/13/2016 |
| Martinez, Rosa L. (Leon) | $3,200.34 | $573.06 | $2,627.28 | 7/14/2014 through 7/13/2016 |
| Martinez, Stephen | $9,805.38 | $0.00 | $9,786.38 | 7/14/2014 through 7/13/2016 |
| Medina, Antonio | $8,322.49 | $12.08 | $8,290.41 | 7/14/2014 through 7/13/2016 |
| Mendoza, Juana | $9,076.25 | $1,994.37 | $7,060.88 | 7/14/2014 through 7/13/2016 |
| Nava, Maria | $1,253.06 | $420.50 | $832.57 | 7/14/2014 through 7/13/2016 |
| Pascual-M, Angelica | $1,795.53 | $817.75 | $977.78 | 7/14/2014 through 7/13/2016 |
| Perez Pedro, Antonio | $1,069.69 | $573.06 | $496.63 | 7/14/2014 through 7/13/2016 |
| Perez, Pablo | $9,412.15 | $1,407.23 | $7,979.91 | 7/14/2014 through 7/13/2016 |
| Pichardo, Laurie | $180.34 | $163.13 | $17.22 | 7/14/2014 through 7/13/2016 |
| Redwood, Jacob M. | $272.78 | $197.56 | $75.22 | 7/14/2014 through 7/13/2016 |
| Resendiz Landaverde, Basilio | $29,460.71 | $388.19 | $29,044.52 | 7/14/2014 through 7/13/2016 |
| Resendiz, Angelica | $5,818.09 | $1,085.69 | $4,703.41 | |
| Resendiz, Virginia | $1,933.66 | $905.06 | $1,028.60 | 7/14/2014 through 7/13/2016 |
| Rosales, Hilda | $2,111.57 | $1,115.47 | $965.10 | 7/14/2014 through 7/13/2016 |
| Ruiz-Gijon, Alma A. | $2,164.94 | $643.23 | $1,489.71 | 7/14/2014 through 7/13/2016 |
| Santiago-Avila, David A. | $1,429.47 | $598.44 | $831.03 | 7/14/2014 through 7/13/2016 |
| Silva, Isabel | $4,044.82 | $1,985.00 | $2,025.82 | 7/14/2014 through 7/13/2016 |
| Vallin, Andrea | $216.59 | $163.13 | $53.47 | 7/14/2014 through 7/13/2016 |
| Williams, Andrew J. | $1,312.21 | $415.48 | $860.73 | 7/14/2014 through 7/13/2016 |
| | $178,708.43 | $25,575.76 | $152,770.67 | |

| EMPLOYEE NAME | TOTAL LIQUIDATED DAMAGES OWED | TIME PERIOD |
|---|---:|---|
| Andrews, Travis L. | $3,633.73 | 7/14/2014 through 7/13/2016 |
| Becerra-Martinez, Fidel | $17,579.08 | 7/14/2014 through 7/13/2016 |
| Branson, Robert A. | $689.69 | 7/14/2014 through 7/13/2016 |
| Coronado Vega, Guadalupe | $16,064.90 | 7/14/2014 through 7/13/2016 |
| Coronado, Raymundo | $7,587.65 | 7/14/2014 through 7/13/2016 |
| Diaz Mendez, Rebeca | $9,540.63 | 7/14/2014 through 7/13/2016 |
| Edenfield, Charles E. | $4,001.40 | 7/14/2014 through 7/13/2016 |
| Flores, Alexandra | $357.06 | 7/14/2014 through 7/13/2016 |
| Gordon, Ashley N. | $147.72 | 7/14/2014 through 7/13/2016 |
| Gordon, Willie J. | $176.72 | 7/14/2014 through 7/13/2016 |
| Gutierrez, Tomaza H. | $238.34 | 7/14/2014 through 7/13/2016 |
| Hernandez, Lucia | $2,182.43 | 7/14/2014 through 7/13/2016 |
| Hodges, Tabitha A. | $216.59 | 7/14/2014 through 7/13/2016 |
| Huipe, Esther | $1,760.66 | 7/14/2014 through 7/13/2016 |
| Ibarra, San Juana | $2,679.69 | 7/14/2014 through 7/13/2016 |
| Lopez Cruz, Ema | $11,090.67 | 7/14/2014 through 7/13/2016 |
| Martinez Perez, Lusvin | $7,881.41 | 7/14/2014 through 7/13/2016 |
| Martinez, Rosa L. (Leon) | $3,200.34 | 7/14/2014 through 7/13/2016 |
| Martinez, Stephen | $9,805.38 | 7/14/2014 through 7/13/2016 |
| Medina, Antonio | $8,322.49 | 7/14/2014 through 7/13/2016 |
| Mendoza, Juana | $9,076.25 | 7/14/2014 through 7/13/2016 |
| Nava, Maria | $1,253.06 | 7/14/2014 through 7/13/2016 |
| Pascual-M, Angelica | $1,795.53 | 7/14/2014 through 7/13/2016 |
| Perez Pedro, Antonio | $1,069.69 | 7/14/2014 through 7/13/2016 |
| Perez, Pablo | $9,412.15 | 7/14/2014 through 7/13/2016 |
| Pichardo, Laurie | $180.34 | 7/14/2014 through 7/13/2016 |
| Redwood, Jacob M. | $272.78 | 7/14/2014 through 7/13/2016 |
| Resendiz Landaverde, Basilio | $29,460.71 | 7/14/2014 through 7/13/2016 |
| Resendiz, Angelica | $5,818.09 | 7/14/2014 through 7/13/2016 |
| Resendiz, Virginia | $1,933.66 | 7/14/2014 through 7/13/2016 |
| Rosales, Hilda | $2,111.57 | 7/14/2014 through 7/13/2016 |
| Ruiz-Gijon, Alma A. | $2,164.94 | 7/14/2014 through 7/13/2016 |
| Santiago-Avila, David A. | $1,429.47 | 7/14/2014 through 7/13/2016 |
| Silva, Isabel | $4,044.82 | 7/14/2014 through 7/13/2016 |
| Vallin, Andrea | $216.59 | 7/14/2014 through 7/13/2016 |
| Williams, Andrew J. | $1,312.21 | 7/14/2014 through 7/13/2016 |
|  | **$178,708.43** | 7/14/2014 through 7/13/2016 |