```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF GEORGIA
                       STATESBORO DIVISION
```

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 618-008 |
| PLANTATION SWEETS, INC., and RONALD COLLINS, | * * * | |
| Defendants. | * | |

## O R D E R

This action arises out of Defendants' alleged violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* The parties now move the Court to enter a consent judgment against Defendants Plantation Sweets, Inc. and Ronald Collins (doc. 7). The motion is signed by all parties and disposes all matters pending in the present action. (<u>Id.</u>, at 8.)

Upon due consideration, the parties' motion for entry of judgment (doc. 7) is **GRANTED**. The Clerk is **DIRECTED** to **ENTER JUDGMENT** in favor of Plaintiff and against Defendants in accordance with the terms of the Consent Final Judgment and to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of April, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA