AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,

    Plaintiff,

v.

PLANTATION SWEETS, INC., and RONALD COLLINS,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 618-008

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order of April 25, 2018, the parties' Motion for Entry of Judgment is GRANTED. Judgment is entered in favor of Plaintiff and against Defendants in accordance with the terms of the Consent Final Judgment, attached hereto. This civil action stands CLOSED.

| April 25, 2018 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |
| | *Tara H. Burton* |
| | *(By) Deputy Clerk* |



GAS Rev 10/1/03